1014

[No. 55669-0-I. Division One. October 31, 2005.]

RAYMOND T. O'LEARY ET AL., *Respondents*, v. MARY J. MITCHELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-00451-4, William L. Downing, J., entered January 3, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 31347-2-II. Division Two. November 1, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. TROY WAYNE CRAMER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-1-02360-6, John P. Wulle, J., entered January 29, 2004. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Bridgewater, J., and Morgan, J. Pro Tem.

[No. 31596-3-II. Division Two. November 1, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. K.R., *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 02-8-00063-3, James E. Warme, J., entered May 13, 2004. *Dismissed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Houghton, J., and Morgan, J. Pro Tem.

[No. 31684-6-II. Division Two. November 1, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MELVIN LEWIS HUGHES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-03389-0, Lisa R. Worswick, J., entered April 22, 2004. *Affirmed* by unpublished opinion per Morgan, J. Pro Tem., concurred in by Quinn-Brintnall, C.J., and Houghton, J.